IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL DURANDO,** <br> Plaintiff, <br><br> v. <br><br> **THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA AND MARCELO KAZANIETZ,** <br> Defendants. | **CIVIL ACTION** <br><br><br><br> **NO. 21-756** |

# O R D E R

**AND NOW**, this 17th day of June, 2022, upon consideration of Defendant Marcelo Kazanietz's Motion for Summary Judgment (ECF No. 31), Plaintiff's Opposition thereto (ECF No. 41), Defendant Kazanietz's Reply (ECF No. 43), and Plaintiff's Surreply (ECF No. 49), it is **HEREBY ORDERED THAT** Defendant Kazanietz's Motion is **GRANTED** and Count VI of Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE.**

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**